JENKINS v. PIEDMONT AVIATION SERVS.

No. 12P02

Case below: 147 N.C. App. 419

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Petition by defendants for writ of supersedeas and motion for temporary stay denied 3 October 2002.

KANIPE v. LANE UPHOLSTERY

No. 435P02

Case below: 151 N.C. App. 478

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 October 2002.

KELLY v. WEYERHAEUSER CO.

No. 384P02

Case below: 150 N.C. App. 713

Petition by plaintiff pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

KOONE v. BENTON

No. 656P01

Case below: 146 N.C. App. 752

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

LeGRANDE v. STATE

No. 327P02

Case below: Stanly County Superior Court

Petition by plaintiff for rehearing on civil complaint against State for malicious and deliberate erroneous convictions, imprisonments, and sentence of death in capital cases 95CRS567 and 95CRS847 denied 3 October 2002.